FORM 26. Docketing Statement                                                Form 26 (p. 1)
                                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-1887

**Short Case Caption:** Acufloor, LLC v. Eventile, Inc.

**Filing Party/Entity:** Forpac, LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| M. D. Fla. | 2:21-cv-00802 | Patent Infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of final judgment finding no infringement of U.S. Patent Nos. 10,513,857 and 10,704,274 by Forpac, LLC.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

Final judgment finding no infringement of U.S. Patent Nos. 10,513,857 and 10,704,274 by Forpac, LLC.

**Nature of judgment (select one):**      **Date of judgment:** 4/12/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Responses to arguments raised by Appellant Acufloor, LLC; alternative grounds for affirmance.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
☑ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☑ Yes   ☐ No
Explain.

Appellee Forpac, LLC believes this case is amenable to mediation because Forpac, LLC is a downstream reseller, one of two defendants, and because its sales of the accused products have not been substantial.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Appellee Forpac, LLC is amenable to inclusion of this case in the court's mediation program even if the mediation only involves Appellant and Forpac, LLC.

Date: 5/29/23            Signature: /s/W. John Eagan
                         Name:      W. John Eagan

Save for Filing