# United States Court of Appeals for the Federal Circuit

---

**ACUFLOOR, LLC,**
*Plaintiff-Appellant*

**v.**

**EVENTILE, INC., FORPAC, LLC,**
*Defendants-Appellees*

---

2023-1887

---

Appeal from the United States District Court for the Middle District of Florida in No. 2:21-cv-00802-SPC-KCD, Judge Sheri Polster Chappell.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

May 28, 2025
Date

Jarrett B. Perlow
Clerk of Court